| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 24, 2015
David J. Bradley, Clerk

Patrick White, §
§
      Plaintiff, §
§
versus § Civil Action H-15-64
§
Krystle Thibodeaux, et al., §
§
      Defendants. §

## Opinion on Dismissal

The plaintiff filed this case while confined in jail. The plaintiff was apparently released and has failed to keep the court advised of his current address as required by Local Rule 83.4. Under the court's inherent power to manage its own docket, this case will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997). On a proper showing, this court will grant relief from this order under Fed. R. Civ. p. 60(b).

Signed December 24, 2015 at Houston, Texas.

Lynn N. Hughes
United States District Judge